United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| HUAQIANG ZHAO, | § | |
|     **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01225** |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
|     **Respondents.** | § | |

### ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Under 28 U.S.C. § 2241), (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, United States Attorney General; David Venturella; Warden; Miguel Vergara, ICE Field Office Director in Harlingen; and Warden, Rio Grande Processing Center, as respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than July 23, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than August 6, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on July 16, 2026.

John A. Kazen
United States District Judge